# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135311 & (22)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PRIORITY HEALTH,
　　　　Petitioner-Appellant,

v

COMMISSIONER OF THE OFFICE OF
FINANCIAL AND INSURANCE SERVICES,
　　　　Respondent-Appellee.

SC: 135311
COA: 278373
Kent CC: 06-007714-AA

_____/

　　　　On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the October 12, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

0211

Clerk